**Order entered November 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00905-CV

### MECCA CAMPBELL AND ALL OTHER OCCUPANTS, Appellants

### V.

### DEBBIE COLEMAN, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-15-02596-A**

## ORDER

The clerk's record in this appeal has been filed, but appellant has not paid the $195 fee for filing the appeal or filed, as directed, written verification that she has requested the reporter's record and made arrangements to pay the reporter's fee or is entitled to proceed without advance payment of costs. Having cautioned appellant that failure to file the requested verification concerning the reporter's record by September 3, 2015 could result in the appeal being submitted without the reporter's record, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). We further **ORDER** appellant to pay the $195 filing fee and file her brief no later than December 2, 2015. Appellant is cautioned that failure to comply with this order may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

We **DENY** appellee's October 19, 2015 motion to dismiss.




           /s/       CRAIG STODDART
                      JUSTICE